UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Donald Trainor

      v.                              Civil No. 06-cv-485-JM

Paul Scharmann


O R D E R

In accordance with the Order dated June 5, 2007, and no return of service or motion to extend time to effect service having been filed , the above captioned case is hereby dismissed without prejudice.


SO ORDERED.


June 26, 2007                                  /s/ James R. Muirhead
                                                  James R. Muirhead
                                                  United States Magistrate Judge


cc:      Gary Lambert, Esq.